Jeffrey S. Lena, CSB No. 189900
jlena@sbcglobal.net
Law Office of Jeffrey S. Lena
1152 Keith Avenue
Berkeley, CA  94708
Telephone:     (510) 665-1713

Alexis Haller, CSB 201210
ahaller@ahlawoffice.com
Law Office of Alexis Haller
14241 NE Woodinville Duvall Rd., #113
Woodinville, WA 98072
Telephone:     (425) 487-0730

Thomas M. Christ, OSB No. 83406
tchrist@cvk-law.com
Wendy M. Margolis, OSB No. 945675
wmargolis@cvk-law.com
Cosgrave Vergeer Kester LLP
805 S.W. Broadway, 8th Floor
Portland, OR  97205
Telephone:     (503) 323-9000

Attorneys for Defendant Holy See
*without waiver of defenses, jurisdictional or otherwise*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN V. DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLY SEE, (State of the Vatican City), Its Instrumentalities and/or Agents -- Does 1-10; ARCHDIOCESE OF PORTLAND IN OREGON, an Oregon Corporation; THE ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, and successors, a corporation sole, dba THE ARCHDIOCESE OF PORTLAND IN OREGON; THE CATHOLIC BISHOP OF CHICAGO, a corporation sole; THE ORDER OF THE FRIAR SERVANTS OF MARY, dba THE ORDER OF THE FRIAR SERVANTS OF MARY, U.S.A., PROVINCE, INC.,<br><br>　　　　　Defendants. | Case No. CV-02-430-MO<br><br>**DEFENDANT HOLY SEE'S SECOND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**REQUEST FOR ORAL ARGUMENT** |

## I. L.R. 7-1 CERTIFICATION

In conformity with Civil Local Rule 7-1, undersigned counsel Jeffrey S. Lena certifies that he conferred by telephone and electronic mail with Michael Finnegan and Jeffrey Anderson, counsel for Plaintiff John V. Doe, in the above-captioned matter. Mr. Lena stated that the Holy See intended to file a motion to dismiss the action against the Holy See for lack of subject matter jurisdiction. The parties did not reach agreement as to dismissal of the action for lack of subject matter jurisdiction.

## II. ISSUE

Whether this Court should order dismissal of Plaintiff's remaining vicarious liability claim against the Holy See for lack of subject matter jurisdiction.

## III. MOTION

Pursuant to Rule 12(b)(1) and Rule 12(h)(3) of the Federal Rules of Civil Procedure, the Holy See, a foreign sovereign, moves the Court for an order dismissing the First Amended Complaint's remaining vicarious liability claim against the Holy See for lack of subject matter jurisdiction.

## IV. SUPPORTING DOCUMENTS

In support of this motion, the Holy See relies on the following documents submitted herewith:

- Defendant Holy See's Memorandum in Support of Second Motion to Dismiss for Lack of Subject Matter Jurisdiction;

- Declaration of Jeffrey S. Lena in Support of Defendant Holy See's Second Motion to Dismiss for Lack of Subject Matter Jurisdiction (including exhibits thereto);

- Declaration of Byron H. Done in Support of Defendant Holy See's Second Motion to Dismiss for Lack of Subject Matter Jurisdiction (including exhibits thereto);

- Declaration of Father Luke Stano, O.S.M. (including exhibits thereto);

- Declaration of Father Conrad Borntragger, O.S.M.;

- Declaration of Dr. Edward N. Peters in Support of Defendant Holy See's Second Motion to Dismiss for Lack of Subject Matter Jurisdiction;

- Declaration of Father Patrick Brennan in Support of Defendant Holy See's Second Motion to Dismiss for Lack of Subject Matter Jurisdiction;

- Defendant Holy See's Notice of Intent to Rely on Foreign Law.

DATED this 8th day of September 2010

                        Respectfully submitted,

                        /s/ Jeffrey S. Lena
                        Jeffrey S. Lena, CSB 189900
                        jlena@sbcglobal.net
                        LAW OFFICE OF JEFFREY S. LENA
                        Telephone: (510) 665-1713

                        /s/ Alexis Haller
                        Alexis Haller, CSB 201210
                        ahaller@ahlawoffice.com
                        LAW OFFICE OF ALEXIS HALLER
                        Telephone: (425) 487-0730

                        /s/ Thomas M. Christ
                        Thomas M. Christ, OSB 83406
                        tchrist@cvk-law.com
                        Wendy M. Margolis, OSB No. 945675
                        wmargolis@cvk-law.com
                        COSGRAVE VERGEER KESTER LLP
                        Telephone: (503) 323-9000
                        Facsimile: (503) 323-9019

                        Attorneys for the Holy See
                        (without waiver of defenses, jurisdictional or
                        otherwise)

OF COUNSEL:
LAW OFFICE OF BYRON H. DONE
Byron H. Done, Esq.

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 8, 2010, I served a true and correct copy of the foregoing **DEFENDANT HOLY SEE'S SECOND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** by:

  __  mail with postage prepaid, deposited in the U.S. mail at Portland, Oregon,

  __  hand delivery,

  __  facsimile transmission,

  __  overnight delivery,

  _X_  electronic notification

  on the following attorney(s):

| | |
|---|---|
| William A. Barton<br>attorneys@bartonstrever.com<br>Kevin K. Strever<br>attorneys@bartonstrever.com<br>Barton & Strever PC<br>PO Box 870<br>Newport, OR  97365<br>Of Attorneys for Plaintiff | Stephen F. English<br>steve.english@bullivant.com<br>David A. Ernst<br>dave.ernst@bullivant.com<br>Bullivant Houser Bailey, PC<br>300 Pioneer Tower<br>888 S.W. 5th Avenue<br>Portland, OR  97204<br>Of Attorneys for Defendant The Order of Friar Servants of Mary |
| Jeffrey R. Anderson<br>jeff@andersonadvocates.com<br>Michael G. Finnegan<br>mike@andersonadvocates.com<br>Jeff Anderson and Associates, P.A.<br>366 Jackson Street, Suite 100<br>St. Paul, MN  55101<br>Of Attorneys for Plaintiff | James Geoly<br>jgeoly@burkelaw.com<br>Burke Warren MacKay & Serritella, PC<br>22nd Floor – IBM Plaza<br>330 North Wabash Avenue<br>Chicago, IL 60611<br>Of Attorneys for Defendant The Order of Friar Servants of Mary |

            /s/ Alexis Haller
            Alexis Haller