**EXHIBIT 25**

# UNITED STATES CONFERENCE OF CATHOLIC BISHOPS

## Peter's Pence Collection

Email us at harseneault@usccb.org
Peter's Pence Collection | 3211 4th Street, N.E., Washington DC 20017-1194 | (202) 541-3000 © USCCB. All rights reserved.

## Welcome

"Let us make sure that none of God's children ever feels alone."
- **Pope Benedict XVI**

In September of 2006, Pope Benedict XVI gave a homily in which he explained that those who are baptized create one family of believers who are never alone. The Peter's Pence Collection unites us in solidarity to the Holy See and its works of charity to those in need. Your generosity allows the Pope to respond to our suffering brothers and sisters with promptness, love, and compassion, so God's people will not feel alone in their time of misfortune.

The Peter's Pence Collection derives its name from an ancient custom. In ninth-century England, King Alfred the Great collected money – "pence" or pennies – from landowners as financial support for the Pope. Today, the Peter's Pence Collection supports the Pope's philanthropy by giving the Holy Father the means to provide emergency assistance to those in need because of natural disaster, war, oppression, and disease.

For information about how to contribute to the vision and works of the Pope through the Peter's Pence Collection, please visit the "About Us" and "Contact Us" pages.



Ex. 25

# Peter's Pence Collection

## Simple Steps

Please take the following steps to promote the **Peter's Pence Collection** in your parish.

1. **Announce** the Collection in your parish so your parishioners know what it is and when to expect it.

2. **Use** the parish appeal language, bulletin announcements, and poster to educate your parishioners about the Collection and the Holy Father's charitable works. Additional resources are available at *www.usccb.org/nationalcollections*.

3. **Distribute** the bulletin insert and collection envelopes to your parishioners.

4. **Pray** that the Holy Father is provided with enough resources to effectively assist those in most need of his help around the world.

## Parish Appeal

Read this text from the pulpit, or include it as part of your weekly announcements.

### English
In his latest encyclical, Pope Benedict XVI reminds the faithful that "God's love . . . gives us the courage to continue seeking and working for the benefit of all" (*Caritas in Veritate*, no. 78). The Peter's Pence Collection gives U.S. parishioners a chance to unite in solidarity with the Holy Father, the faithful worldwide, and those most in need of charitable love. The Holy See uses the Collection proceeds to provide emergency assistance and aid to the most disadvantaged around the world. Please be generous in the Collection and, in doing so, cast the love of Christ upon the world.

### Spanish
En su más reciente encíclica, el Papa Benedicto XVI les recuerda a los fieles que "el amor de Dios . . . nos da valor para trabajar y seguir en busca del bien de todos" (*Caritas in Veritate*, no. 78). La Colecta Peter's Pence ofrece a los fieles estadounidenses la oportunidad de unirse en solidaridad con el Santo Padre, con los fieles de todo el mundo y con los que más necesitan un amor caritativo. El Santo Padre utiliza lo recaudado en la Colecta para brindar ayuda de emergencia y socorro a los más desfavorecidos alrededor del mundo. Por favor, contribuya generosamente a la Colecta y, al hacerlo, estará esparciendo el amor de Cristo por el mundo.

CAST THE LOVE OF CHRIST UPON THE WORLD.

✣

# BULLETIN ANNOUNCEMENTS

### The week before the Collection

Next week our diocese will take up the Peter's Pence Collection, which provides the Holy Father with the assistance he needs to carry out his most important charitable works. The proceeds benefit the most disadvantaged: victims of war, oppression, and disasters. Through your generosity, with Pope Benedict we can cast the love of Christ upon the world.

### Para la semana antes de la Colecta

La próxima semana nuestra diócesis llevará a cabo la Colecta Peter's Pence, la cual le brinda al Santo Padre la ayuda necesaria para realizar sus más importantes obras de caridad. Lo recaudado beneficia a los más desfavorecidos: a las víctimas de la guerra, la opresión y los desastres. Gracias a su generosidad, junto al Papa Benedicto, podremos seguir esparciendo el amor de Cristo por el mundo.

### The week of the Collection

Today we support the Holy Father in his charitable works. The Peter's Pence Collection is taken up worldwide in an effort of solidarity to support the most disadvantaged: victims of war, oppression, and natural disaster and others in need of emergency assistance. Pope Benedict XVI has said, "God's love . . . gives us the courage to continue seeking and working for the benefit of all" (*Caritas in Veritate*, no. 78). Cast the love of Christ upon the world—please be generous in today's Collection.

### Para la semana de la Colecta

Hoy brindamos nuestro apoyo a las obras de caridad del Santo Padre. La Colecta Peter's Pence se realizará hoy en todo el mundo como un esfuerzo de solidaridad para ayudar a los más desfavorecidos: a las víctimas de la guerra, de la opresión y de los desastres naturales y a los que necesitan ayuda inmediata. El Papa Benedicto XVI ha dicho: "El amor de Dios . . . nos da valor para trabajar y seguir en busca del bien de todos" (*Caritas in Veritate*, no. 78). Estamos esparciendo el amor de Cristo por el mundo —por favor, contribuya generosamente a la Colecta de hoy.

### The week after the Collection

Thank you for your generous support of the essential work of the Holy Father and his charitable acts through the Peter's Pence Collection. You have helped to cast Christ's love upon the world. To read more about the good done through the Peter's Pence Collection, please visit *www.usccb.org/nationalcollections*.

### Para la semana después de la Colecta

Muchas gracias por su generoso apoyo a la valiosa labor del Santo Padre y a sus obras de caridad mediante la Colecta Peter's Pence. Usted ayudó a seguir esparciendo el amor de Cristo por el mundo. Para informarse más acerca de todo lo bueno que se logra por medio de la Colecta Peter's Pence, por favor, visite *www.usccb.org/nationalcollections*.

# "God's love . . . gives us the courage to continue seeking and working for the benefit of all"

(*Caritas in Veritate*, no. 78).

## Examples of Peter's Pence Collection Funded Programs

- **Nazareth Boys Town** in Mbare, Rwanda, received assistance from Pope Benedict XVI to take in abandoned orphans who are victims of genocide and civil war.

- **Casa di accoglienza Giovanni Paolo II Opera Don Orione** is a residence that gives free shelter and specializes in helping special-needs pilgrims to travel to Rome. It was recently refurbished through assistance provided by the Peter's Pence Collection.

- In Bosnia, the **Hospital of St. Vincent de Paul**, a health institution in Sarajevo staffed by religious, was established with support of the Collection.



Peter's Pence Collection • Office of National Collections
3211 Fourth Street NE • Washington, DC 20017-1194
(202) 541-3346 • Fax (202) 541-3460 • *www.usccb.org/nationalcollections*

Copyright © 2010, United States Conference of Catholic Bishops, Washington, D.C. All rights reserved. Photo: CNS/Alessia Giuliani, Catholic Press Photo.    802012-10



# Cast the Love of Christ upon the World

Stand in solidarity with the Holy Father, the faithful worldwide, and those most in need.

SUPPORT THE WORKS OF THE HOLY FATHER THROUGH THE

## ✠ Peter's Pence Collection ✠



Peter's Pence Collection • Office of National Collections
202-541-3346 • *www.usccb.org/nationalcollections*

Copyright © 2010, United States Conference of Catholic Bishops, Washington, D.C. All rights reserved. Photo: CNS/Alessia Giuliani, Catholic Press Photo.

# UNITED STATES CONFERENCE OF CATHOLIC BISHOPS
## Peter's Pence Collection

Email us at harseneault@usccb.org
Peter's Pence Collection | 3211 4th Street, N.E., Washington DC 20017-1194 | (202) 541-3000 © USCCB. All rights reserved.

## Resources

### PARISH MATERIALS

| | |
|---|---|
| Bulletin Announcements | English/Spanish |
| Parish Appeal | English/Spanish |
| Parish Resource Guide | Dowload Resource Guide |
| Bulletin Insert | English | Spanish |
| Homily Helps | English |

### DIOCESAN MATERIALS

| | |
|---|---|
| Sample Bishop's Letter | English/Spanish |
| Diocesan Director Letter | Download Director Letter |

### PRESS MATERIALS

| | |
|---|---|
| Press Letter | English/Spanish |

### POSTERS

　　

English　　　　　　　　　　　　　　　　Spanish

### ADS - WEB BANNERS

✠ CAST THE LOVE OF CHRIST UPON THE WORLD.

| Cut and paste this code into your Web page. | `<a href="http://www.usccb.org/ppc/"><img src="http://www.usccb.org/ppc/2010collection/ad-banner-1-468a.gif" alt="Peter's Pence Collection" width="468" height="60" border="0"></a>` |
|---|---|



**SUPPORT THE WORKS OF THE HOLY FATHER.**

| Cut and paste this code into your Web page. | `<a href="http://www.usccb.org/ppc/"><img src="http://www.usccb.org/ppc/2010collection/ad-banner-2-468a.gif" alt="Peter's Pence Collection" width="468" height="60" border="0"></a>` |
|---|---|

**✣ CAST THE LIGHT OF CHRIST UPON THE WORLD.**

| Cut and paste this code into your Web page. | `<a href="http://www.usccb.org/ppc/"><img src="http://www.usccb.org/ppc/2010collection/ad-banner-3-468a.gif" alt="Peter's Pence Collection" width="468" height="60" border="0"></a>` |
|---|---|

**SUPPORT THE PETER'S PENCE COLLECTION**

| Cut and paste this code into your Web page. | `<a href="http://www.usccb.org/ppc/"><img src="http://www.usccb.org/ppc/2010collection/ad-banner-120.jpg" alt="Peter's Pence Collection" width="120" height="90" border="0"></a>` |
|---|---|



**SUPPORT THE PETER'S PENCE COLLECTION**

| Cut and paste this code into your Web page. | `<a href="http://www.usccb.org/ppc/"><img src="http://www.usccb.org/ppc/2010collection/ad-banner-170.jpg" alt="Peter's Pence Collection" width="170" height="250" border="0"></a>` |
|---|---|

## ADS - PRINT

English Version

   



| | | |
|---|---|---|
| 4x5 | | |
| 5x7 | | |
| 8x10 | | |

Spanish Version




| | | |
|---|---|---|
| 4x5 | | |
| 5x7 | | |
| 8x10 | | |

**CLIP ART**






# PETER'S PENCE COLLECTION
## CAST THE LOVE OF CHRIST UPON THE WORLD.

---

Dear Father:

In 2009, U.S. families experienced an economic downturn that devastated many. Despite these struggles, the faithful have shown that they consider it a priority to help those less fortunate than themselves through their support of the Peter's Pence Collection.

The Holy Father has said, "God's love . . . gives us the courage to continue seeking and working for the benefit of all" (*Caritas in Veritate*, no. 78).

Every year, the **Peter's Pence Collection** supports church needs, humanitarian initiatives, and social promotion projects. The Collection unites the faithful worldwide in solidarity through the loving support of charity in the name of our Holy Father, thereby casting the love of Christ upon the world.

Assistance to seminaries and institutes of Christian formation in many developing countries, a village for HIV/AIDS orphans in Kenya, and the establishment of the Hospital of St. Vincent de Paul in Bosnia are just a few examples of the important work carried out recently by Pope Benedict XVI through the Collection.

You can help ensure the success of this year's Collection by using the bulletin announcements, parish appeal, and bulletin inserts we have provided to you. **The most important thing you can do to affect the outcome of the Collection is to mention it during Mass.** Thank you sincerely for your support of the Holy Father and his charitable works.

Sincerely yours in Christ,

*+ Kevin Farrell*

Most Reverend Kevin J. Farrell
Bishop of Dallas
Chairman, USCCB Committee on National Collections

---

# UNITED STATES CONFERENCE OF CATHOLIC BISHOPS

## Peter's Pence Collection

Email us at harseneault@usccb.org
Peter's Pence Collection | 3211 4th Street, N.E., Washington DC 20017-1194 | (202) 541-3000 © USCCB. All rights reserved.

## About Us

The USCCB National Collections Committee will oversee the Peter's Pence Collection and is comprised of the following members: Archbishop John Vlazny, Chairman; Cardinal Theodore McCarrick, Cardinal Justin Rigali, Bishop Jacob Angadiath, Bishop Thomas Costello, Bishop Ronald Herzog, Bishop Roger Morin, Bishop John Ricard, S.S.J., Bishop Jaime Soto, Bishop Michael Warfel.

The purpose of the Peter's Pence Collection is to provide the Holy Father with the financial means to respond with emergency assistance to those who are suffering as a result of war, oppression, natural disaster, and disease. This collection was started centuries ago to provide financial support for the Pope and has evolved to fund the Holy See's charitable actions for those in need.

The Peter's Pence Collection has raised nearly $190 million to support our suffering brothers and sisters around the globe. THANK YOU for standing in solidarity with the Holy See with your generosity. Please continue to pray for our brothers and sisters in faith who are facing adversity.

**The national collection date for the Peter's Pence Collection is the weekend of June 27th and 28th, 2009.** Your diocese may take up the Collection at a different time. Check with your diocese or call the USCCB Office of National Collections Promotions department at 202-541-3346.

If your diocese takes up the Collection at another time, please remember that resources are always available here.

Please give generously to the Peter's Pence Collection in your parish. Or you may wish to send your donation to:

Peter's Pence Collection
The Apostolic Nunciature
3339 Massachusetts Ave., NW
Washington, DC 20008

# PETER'S PENCE COLLECTION
## CAST THE LOVE OF CHRIST UPON THE WORLD.

---

## Bulletin Announcements

**English**

*The Week Before the Collection*
Next week our diocese will take up the Peter's Pence Collection, which provides the Holy Father with the assistance he needs to carry out his most important charitable works. The proceeds benefit the most disadvantaged: victims of war, oppression, and disasters. Through your generosity, with Pope Benedict we can cast the love of Christ upon the world.

*The Week of the Collection*
Today we support the Holy Father in his charitable works. The Peter's Pence Collection is taken up worldwide in an effort of solidarity to support the most disadvantaged: victims of war, oppression, and natural disaster and others in need of emergency assistance. Pope Benedict XVI has said, "God's love . . . gives us the courage to continue seeking and working for the benefit of all" (*Caritas in Veritate*, no. 78). Cast the love of Christ upon the world—please be generous in today's Collection.

*The Week After the Collection*
Thank you for your generous support of the essential work of the Holy Father and his charitable acts through the Peter's Pence Collection. You have helped to cast Christ's love upon the world. To read more about the good done through the Peter's Pence Collection, please visit *www.usccb.org/nationalcollections*.


**Spanish**

*Para la Semana Antes de la Colecta*
La próxima semana nuestra diócesis llevará a cabo la Colecta Peter's Pence, la cual le brinda al Santo Padre la ayuda necesaria para realizar sus más importantes obras de caridad. Lo recaudado beneficia a los más desfavorecidos: a las víctimas de la guerra, la opresión y los desastres. Gracias a su generosidad, junto al Papa Benedicto, podremos seguir esparciendo el amor de Cristo por el mundo.

*Para la Semana de la Colecta*
Hoy brindamos nuestro apoyo a las obras de caridad del Santo Padre. La Colecta Peter's Pence se realizará hoy en todo el mundo como un esfuerzo de solidaridad para ayudar a los más desfavorecidos: a las víctimas de la guerra, de la opresión y de los desastres naturales y a los que necesitan ayuda inmediata. El Papa Benedicto XVI ha dicho: "El amor de Dios . . . nos da valor para trabajar y seguir en busca del bien de todos" (*Caritas in Veritate*, no. 78). Estamos esparciendo el amor de Cristo por el mundo —por favor, contribuya generosamente a la Colecta de hoy.

*Para la Semana Después de la Colecta*

Muchas gracias por su generoso apoyo a la valiosa labor del Santo Padre y a sus obras de caridad mediante la Colecta Peter's Pence. Usted ayudó a seguir esparciendo el amor de Cristo por el mundo. Para informarse más acerca de todo lo bueno que se logra por medio de la Colecta Peter's Pence, por favor, visite *www.usccb.org/nationalcollections*.