```
IN THE UNITED STATES DISTRICT COURT

       FOR THE DISTRICT OF OREGON

JOHN V. DOE,                    )
                                )
        Plaintiff,              )  Case No. 3:02-cv-430-MO
                                )
    v.                          )
                                )
HOLY SEE, (State of the         )
Vatican City), Its              )  July 20, 2010
Instrumentalities and/or        )
Agents, Does 1-10, et al.,      )
                                )
        Defendants.             )  Portland, Oregon
_____)
```

**Telephone Status Conference**

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT JUDGE

2

                    APPEARANCES


 FOR THE PLAINTIFF:    Ms. Marci Hamilton
                       Marci A. Hamilton, Esq.
                       36 Timber Knoll Drive
                       Washington Crossing, PA 18977


                       Mr. Jeffrey R. Anderson
                       Mr. Michael G. Finnegan
                       Jeff Anderson & Associates, P.A.
                       366 Jackson Street, Suite 100
                       St. Paul, MN 55101


                       Mr. William A. Barton
                       Mr. Kevin K. Strever
                       Barton & Strever PC
                       214 S.W. Coast Highway
                       Newport, OR 97365



 FOR DEFENDANT HOLY
 SEE:                  Mr. Alexis Haller
                       Law Office of Alexis Haller
                       14241 N.E. Woodinville Duvall Rd.,
                       Suite No. 113
                       Woodinville, WA 98072


                       Mr. Jeffrey S. Lena
                       Law Office of Jeffrey S. Lena
                       1152 Keith Avenue
                       Berkeley, CA 94708-1607


                       Mr. Thomas M. Christ
                       Cosgrave Vergeer Kester, LLP
                       888 S.W. Fifth Avenue, Suite 500
                       Portland, OR 97204

```
FOR DEFENDANT ORDER OF
THE FRIAR SERVANTS OF
MARY:                        Mr. David A. Ernst
                             Davis Wright Tremaine LLP
                             1300 S.W. Fifth Avenue, Suite 2300
                             Portland, OR 97201


                             Mr. James C. Geoly
                             Burke Warren MacKay & Serritella PC
                             330 N. Wabash Avenue, 22nd Floor
                             Chicago, IL 60611-3607



COURT REPORTER:              Bonita J. Shumway, CSR, RMR, CRR
                             United States District Courthouse
                             1000 S.W. Third Ave., Room 301
                             Portland, OR  97204
                             (503) 326-8188
```

```
 1                    (P R O C E E D I N G S)
 2          THE CLERK:  Good afternoon, counsel.  This is the
 3   time and place set for a telephone status conference in Case
 4   No. 02-420-MO, Doe v. Holy See, et al.
 5          We do have a court reporter recording these
 6   proceedings, so we insist that each time you speak, you
 7   identify yourself.
 8          And counsel, could you please identify yourself
 9   for the record.
10          MR. LENA:  Jeffrey Lena for the Holy See.
11          MR. HALLER:  Alexis Haller for the Holy See.
12          MR. CHRIST:  Tom Christ, also for the Holy See.
13          MS. HAMILTON:  Marci Hamilton for John V. Doe.
14          MR. FINNEGAN:  Mike Finnegan and Jeff Anderson for
15   John V. Doe.
16          MR. STREVER:  Kevin Strever for Joe V. Doe.
17          MR. ERNST:  David Ernst for the Province.
18          MR. GEOLY:  James Geoly for the Province.
19          THE CLERK:  And here is Judge Mosman.
20          THE COURT:  I have recently received the parties'
21   stipulations regarding scheduling.  I assume from what it
22   says that you're all in agreement.  If you disagree, will
23   you please say so?
24          (No response.)
25          THE COURT:  Is there anything further you wish to
```

add to the scheduling suggestions made in that stipulation?

UNIDENTIFIED SPEAKER: No, Your Honor.

THE COURT: Thank you. We'll move ahead, then.

I will order that the plaintiff file its proposed discovery request with the Court by August 20, 2010. On that same date, the Holy See shall file all of its remaining Rule 12 defenses motions in connection with those Rule 12 defenses by August 20th.

We'll start first with discovery, and the Holy See shall file a response, including any objections to plaintiff's proposed discovery, on September 3, 2010.

We don't typically have replies, but given the likely complexity of these motions, I'll allow plaintiff to file a reply no later than September 23, 2010. This is all with regard to the proposed discovery. Then we'll see where we go on discovery, litigating it by hearing or telephone status or otherwise.

The motions filed by the Holy See on August 20th won't require the plaintiff to file immediately a response. That duty shall be held in abeyance until we resolve the proposed discovery requests. After those are resolved, the parties have indicated to me they intend to meet and confer regarding the timing of plaintiff's response to the Holy See's motions challenging jurisdiction or otherwise, and propose that scheduling order to the Court. And so I will

1  simply be awaiting that.

2           There is the possibility that in light of the Holy
3  See's motion, which is filed on the same day -- or may be
4  filed on the same day as plaintiff's proposed discovery
5  request, that plaintiff will seek to file additional
6  discovery requests after August 20th, in light of the Holy
7  See's motion, and it may -- plaintiff may do so.

8           The Holy See is ordered on whatever date that is
9  filed -- a date unknown to us at this time -- to respond
10 within 20 days following the filing of any additional
11 proposed discovery, with any reply by the plaintiff 20 days
12 after that.

13          Again, once we know the lay of the land on who has
14 filed what by way of challenges, responses and replies to
15 discovery, the parties will -- well, we'll resolve the
16 discovery issues, the parties will then meet and confer on
17 scheduling the briefing and the Rule 12 motions, and we'll
18 take it from there.

19          Does that accurately encapsulate the parties'
20 agreement?

21          MR. LENA:  Jeffrey Lena for the Holy See.  Yes, in
22 our view, it does, Your Honor.

23          THE COURT:  For John Doe?

24          MR. FINNEGAN:  Mike Finnegan for the plaintiff,
25 and that does encapsulate our agreement, Your Honor.

```
 1              THE COURT:  And for the order?
 2              MR. GEOLY:  Your Honor, James Geoly for the
 3   Province, and we have no objection to that.
 4              THE COURT:  Very well.  That will be my order.
 5              Anything further today from plaintiff?
 6              MR. FINNEGAN:  This is Mike Finnegan.  No, Your
 7   Honor.
 8              THE COURT:  From Defendant Holy See?
 9              MR. LENA:  This is Jeffrey Lena.  No, Your Honor.
10              THE COURT:  And from the order?
11              MR. GEOLY:  James Geoly for the Province.  No,
12   Your Honor.
13              THE COURT:  Thank you.  We'll be in recess.
14              (Proceedings concluded.)
15
16
17
18
19
20
21
22
23
24
25
```

--o0o--

1 I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause. A transcript without an original signature or conformed signature is not certified.

*/s/Bonita J. Shumway*     12/26/2012
_____  _____
BONITA J. SHUMWAY, CSR, RMR, CRR    DATE
Official Court Reporter